### STATE v. TAYLOR AND WARREN.

In a joint information against two, they may plead severally not
guilty, and one put himself on the court, and the other on the
jury for trial.

INFORMATION for a burglary, charging them jointly with
the facts: They severally plead not guilty. Taylor put
himself on the country for trial, and Warren put himself on
the court; the evidence being the same in both, the case was
ordered to proceed as to both; the jury to be charged with one
issue, and the court tried the other.

### SMITH v. HUNTINGTON.

ACTION for a fraud in the purchase of a debt which Reuben
Huntington owed him, for much less than the just value.
Joshua Coit, Esq. who was attorney for the plaintiff, and had
discretionary powers, and transacted the business for the plain-
tiff, was admitted a witness; upon objection made, a deposition
drawn up by one Ambrose Spencer, agent for the plaintiff,
was ruled out by the court.